396 A.2d 849

Commonwealth, Appellant, v. Custor.

Submitted December 14, 1977.  Peter F. Schenck, Assistant District Attorney, for Commonwealth, appellant;  Michael Weintraub, for appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.